**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1156**

———————————

In Re: ELIZABETH MARIE RUSHING FLOYD,

                                                    Petitioner.

———————————

On Petition for Writ of Mandamus.  (MISC-00-7)

———————————

Submitted:  April 20, 2001          Decided:  May 8, 2001

———————————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Elizabeth Marie Rushing Floyd, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elizabeth Marie Rushing Floyd petitions for a writ of mandamus, attacking her conviction and sentence for her involvement in a money laundering scheme and requesting an order to correct court records regarding an account involving the laundered funds. A writ of mandamus is a drastic remedy and should be granted only in those extraordinary situations when no other remedy is available. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). We find extraordinary circumstances lacking, and conclude that the petition is an attempt to raise issues that are more properly addressed on direct appeal. Accordingly, we deny the petition and Floyd's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2